TABLE OF CONTENTS TO EXHIBITS

Exhibit A – Odyssey Complaint ........................................................................ A 1- A 41

Exhibit B – Odyssey Amended Complaint ....................................................... B 1- B 76

Exhibit C – Hickman Declaration ................................................................... C 1 – C 12

Exhibit D – Bishop Affidavit .......................................................................... D 1- D 4

Exhibit E – Certified Copy of Augen Opticos Trademark Application ......................... E 1 – E 27

Exhibit F – *Ophthonix* Hearing Transcript .................................................... F 1 – F 12

Exhibit G – Machado Declaration ................................................................... G 1 – G 2

Gibson, Dunn &
Crutcher LLP

Case No. 10cv2606 IEG BGS